IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| vs. : | CRIMINAL NO. 5:14-CR-43-MTT |
| RAYMOND BENNETT McWILLIAMS : | VIOLATION: 18 U.S.C. § 2250(a) |

THE GRAND JURY CHARGES:

## COUNT ONE
(Failure to Register as a Sex Offender)

That from on or about April 29, 2013, to on or about January 14, 2014, in the Macon Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court, the defendant,

**RAYMOND BENNETT MCWILLIAMS,**

being a person required to register under the Sex Offender Registration and Notification Act and having traveled in interstate commerce, did knowingly fail to update a registration as required by the Sex Offender Registration and Notification Act.

All in violation of Title 18, United States Code, Section 2250(a).

A TRUE BILL.

_____
s/FOREPERSON OF THE GRAND JURY

Presented by:

MICHAEL J. MOORE
UNITED STATES ATTORNEY

_____
SONJA B. PROFIT
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this ____ day of July, AD 2014.

_____
Deputy Clerk